**(STAY / JS6 Admin)**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUQING CONG,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,<br><br>       Defendants. | No. 5:23-cv-02368-SSS-SHKx<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Sunshine Suzanne Sykes<br>United States District Judge<br><br>**NOTE CHANGES MADE BY COURT** |

1

1    Having read and considered the Joint Stipulation to Stay the Case Pending
2    Adjudication of Application submitted by the parties, and finding good cause therefor,

3    IT IS HEREBY ORDERED that the instant action shall be stayed until June 30,
4    2025.

5    The parties are further DIRECTED to file a Joint Status Report no later than June
6    16, 2025, advising the Court of the status of this action.

7    The Clerk is DIRECTED to close the case administratively.

8

9    Dated: February 12, 2024

10

11    _____
12    HONORABLE SUNSHINE SUZANNE SYKES
      UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28